UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                                    Chapter 11

KIC-1, L.L.C.                                            Case No. 10-12753

                         Debtor.
-------------------------------------------------------x


## MONTHLY OPERATING STATEMENT FOR THE PERIOD OF
## DECEMBER 1, 2010 TO DECEMBER 31, 2010


DEBTOR'S ADDRESS:
    753 9th Ave
    New York, NY                             MONTHLY DISBURSEMENTS:
                                                      $10,480.36


DEBTOR'S ATTORNEY:
    Backenroth, Frankel & Krinsky, LLP       MONTHLY OPERATING
    489 Fifth Avenue                         PROFIT (LOSS):
    New York, New York 10017                 $3,177.75


REPORT PREPARER:
    Mark Frankel, based upon attached information supplied by the Debtor.

    THIS OPERATING STATEMENT MUST BE SIGNED BY A REPRESENTATIVE OF
THE DEBTOR.

    The undersigned, having reviewed the attached report and being familiar with Debtor's
financial affairs, verifies under the penalty of perjury, that the information contained therein is
complete, accurate and truthful to the best of my knowledge.

DATE: 2/8/11                                 __/s/ Mark Frankel, as Attorney__
                                                  SIGNATURE AND TITLE

Indicate if this is an amended statement by checking here

                                                  AMENDED STATEMENT

## Receipts and Disbursements

|  | Month to Date | Year to Date |
|---|---|---|
| RECEIPTS | $13,658.11 | $124,775.55 |
| DISBURSEMENTS | $10,480.36 | $166,510.55 |

## Balance Sheet

### ASSETS

| | |
|---|---|
| Real Property | $4,500,000 (Debtor's belief) |
| Personal Property | $125,836 |

### LIABILITIES

| | |
|---|---|
| First Mortgage | $2,500,000 |
| Priority Claims | $11,020 |
| General Unsecured Claims | $61,685 |



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754



|..llll..ll..l..l.l.l..l.l.l.ll...ll.ll...ll.l.l.l

00134088 DRE 802 210 00111 - NYNNNNNNNNN  1 000000000 69 0000
KIC 1 LLC DIP ACCOUNT
DEBTOR IN POSSESSION
CASE #1012753
1461 1ST AVE
NEW YORK NY 10075-2201

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## Important Information about Chase Business Checking and Savings Accounts

Please see the end of this statement for changes to the Account Rules and Regulations - Additional Banking Services and Fees for Business Accounts effective February 5, 2011. If you have questions, please call us at 1-800-CHASE38 (1-800-242-7338).

## CHECKING SUMMARY | Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$56,237.99** |
| Deposits and Additions | 3 | 13,658.11 |
| Checks Paid | 2 | - 3,603.44 |
| Fees and Other Withdrawals | 6 | - 6,876.92 |
| **Ending Balance** | **11** | **$59,415.74** |

Your monthly service fee was waived because you maintained an average checking balance of  $7,500 or more during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/09 | Book Transfer Credit B/O: Matthew C Roddan New York NY 10019- Ref: Rent 5C Trn: 0174600343Es | $980.65 |
| 12/22 | Deposit     800217152 | 8,818.97 |
| 12/22 | Deposit     800217151 | 3,858.49 |
| **Total Deposits and Additions** | | **$13,658.11** |


## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

**1. Write in the Ending Balance shown on this statement:**    **Step 1 Balance: $**_____

**2. List and total all deposits & additions  not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

**Step 2 Total:    $**_____

**3. Add Step 2 Total to Step 1 Balance.**    **Step 3 Total:    $**_____

**4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Step 4 Total:    -$**_____

**5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:    $**_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 **JPMorgan Chase Bank, N.A. Member FDIC**



## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 2390005 ^ | | 12/13 | $3,500.00 |
| 7900006 * ^ | | 12/02 | 103.44 |
| **Total Checks Paid** | | | **$3,603.44** |



If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/01 | 12/01 Withdrawal | $1,213.96 |
| 12/01 | 12/01 Withdrawal | 543.03 |
| 12/01 | Official Checks Charge | 8.00 |
| 12/01 | Official Checks Charge | 8.00 |
| 12/21 | 12/21 Withdrawal | 3,750.00 |
| 12/21 | 12/21 Withdrawal | 1,353.93 |
| **Total Fees & Other Withdrawals** | | **$6,876.92** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 12/01 | $54,465.00 |
| 12/02 | 54,361.56 |
| 12/09 | 55,342.21 |
| 12/13 | 51,842.21 |
| 12/21 | 46,738.28 |
| 12/22 | 59,415.74 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 6 |
| Deposits / Credits | 3 |
| Deposited Items | 9 |
| **Transaction Total** | **18** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $18.00 |
| Service Fee Credit | -$18.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |




## Account Rules and Regulations - Additional Banking Services and Fees for Business Accounts

The following changes to the Additional Banking Services and Fees for Chase checking and savings accounts are effective February 5, 2011. Unless otherwise indicated, fees apply to all checking and savings accounts except Commercial Checking and Commercial Checking with Interest accounts.

ATM and Debit Card Fees
- Withdrawal at a non-Chase ATM outside the
United States, Puerto Rico and the US Virgin Islands (1)          $ 5.00 / withdrawal
- Non-Chase ATM Withdrawals at a non-Chase ATM within
the United States, Puerto Rico and the US Virgin Islands
and any non-Chase ATM Inquiries and Transfers (1)          remains at $2.00 / transaction
- ATM Statement
(When you print your recent account transactions at an ATM)   $ 1.00 / statement

Overdraft Protection Transfer Fee (2)          $12.00 / transfer
(We will not charge an Overdraft Protection Transfer Fee if
your ending account balance, before any Overdraft Protection
Transfers are made is overdrawn by $5 or less.)

Deposited Item Returned (or cashed item returned)          $12.00 / item
(For example, you deposit an item such as a check,
and it is not paid due to insufficient funds.)

Stop Payment (2)          $34.00 / item

Stop Payment via Chase.com or Chase by Phone ® automated
phone system (2)          $27.00 / item

Wire Transfer - Domestic Outgoing (2)          $30.00 / item

Wire Transfer - Domestic Outgoing via Chase.com (2, 3)          $25.00 / item

Counter Check          $ 2.00 / check

Legal Process  (4)          up to $125.00/order
(For processing any garnishment, tax levy, or other court or
administrative order against an account, whether or not the
funds are actually paid out)

(1)   Usage Fee may be charged by the institution that owns the ATM.  Additional fees may apply when using an ATM outside the United States, Puerto Rico and the US Virgin Islands.

(2)   Chase BusinessPlus: first two free outgoing domestic wires, stop payments, ODP transfers each statement period; Chase BusinessPlus Extra  Checking: first four free outgoing domestic wires, stop payments, ODP transfers each statement period; Chase BusinessPlus Premium: first eight free outgoing domestic wires, stop payments, ODP transfers each statement period. (Interest bearing counterparts included).

(3)   For Chase Advanced Business Checking SM  and Chase Advanced Business Checking SM  with Interest the Wire Transfer fee for Domestic Outgoing wires via Chase.com remains at $10/item.

(4)   The $125 fee remains the same for accounts opened in CT, NJ and NY.